IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RANDALL E. COOK,**

    **Petitioner,**

vs.                                                   **CV 20-0476 KWR/JHR**

**RICHARD MARTINEZ and**
**ATTORNEY GENERAL OF THE**
**STATE OF NEW MEXICO,**

    **Respondents.**

## ORDER DENYING MOTION FOR STATUS HEARING

**THIS MATTER** is before the Court on Petitioner Randall Cook's Motion for Status Hearing filed on December 5, 2022. [Doc. 29]. Cook filed his second amended § 2254 petition on November 29, 2021. [Doc. 16]. Respondents answered on January 10, 2022 [Doc. 21], and Cook filed his amended reply on February 22, 2022. [Doc. 27]. Briefing is thus complete on Cook's operative § 2254 petition, which is presently being decided by the Court. Cook's Motion for Status Hearing [Doc. 29] is therefore DENIED.

    **IT IS SO ORDERED.**

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE